Estelle JACOBSON and Cynthia
Carson, Appellants in Nos.
85–3311 and 85–3343,

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC. and Robert M. Kolac-
zynski, Appellants in No. 85–3282.

Marilyn E. BURRIS

v.

PAINE, WEBBER, JACKSON AND CUR-
TIS, INC., Smith Barney, Harris Up-
ham & Co., Inc., and Donald J. Porter.

Appeal of SMITH BARNEY, HARRIS
UPHAM & CO., INC.

Herbert BLUMENTHAL

v.

DEAN WITTER REYNOLDS INC. and
Daniel J. Turov.

Appeal of Dean Witter Reynolds Inc.

Nos. 85–3282, 85–3311, 85–3343, 85–5517,
85–5542, 85–5552.

United States Court of Appeals,
Third Circuit.

Nos. 85–3282, 85–3311 and 85–3343
Originally Argued April 17, 1986.

Nos. 85–5517, 85–5542 and 85–5552 Origi-
nally Submitted Under Third Circuit
Rule 12(6) April 14, 1986.

Submitted on Remand June 25, 1987.

Decided Aug. 5, 1987.

Nos. 85–3282, 85–3311 and 85–3343
Originally Argued Before ADAMS,
GIBBONS, and MANSMANN, Circuit
Judges.

Submitted on Remand Before GIBBONS,
Chief Judge, MANSMANN and GARTH,
Circuit Judges.

**OPINION ON REMAND FROM THE
SUPREME COURT**

PER CURIAM:

The Supreme Court —— U.S. ——, 107
S.Ct. 3204, 96 L.Ed.2d 691 having vacated
our decision in *Jacobson v. Merrill Lynch,
Pierce, Fenner & Smith,* 797 F.2d 1197 (3d
Cir.1986), and remanded the proceeding to
us in light of *Shearson/American Ex-
press, Inc. v. McMahon,* —— U.S. ——, 107
S.Ct. 2332, 96 L.Ed.2d 185 (1987), we in
turn now vacate the district court's deci-
sion in *Jacobson v. Merrill Lynch, Pierce,
Fenner & Smith,* 605 F.Supp. 510 (W.D.Pa.
1984), and remand the case for further
action consistent with the Supreme Court's
mandate.